# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:14CR7-13 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TRAMONTAY McWAIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on July 20, 2018. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on September 12, 2018. The defendant admitted to the following violations:

1. Failure to Comply with Drug/Alcohol Aftercare;
2. Unauthorized Use of Drugs.

The magistrate judge filed a report and recommendation on September 12, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on September 27, 2018. Defendant Tramontay McWain was present and represented by Attorney Brad Iams. The United States was represented by Assistant United States Attorney Teresa Riley. United States Probation Officer Brian Capezzuto was also

present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons for a period of nine (9) months, with credit for time served in federal custody since September 10, 2018.

No term of supervised release shall follow.

The defendant is remanded to the custody of the United States Marshal.

**IT IS SO ORDERED**.

Dated: September 27, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**